**Order filed August 25, 2022**



## In The

# Eleventh Court of Appeals

_____

## No. 11-22-00069-CR

_____

### GARY COLMAN LANDRETH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 70th District Court**

**Ector County, Texas**

**Trial Court Cause No. A-19-1203-CR**

---

### O R D E R

We issue this order in regard to exhibits that are missing from the reporter's record that was filed in this court on July 22, 2022. The court reporter for the 70th District Court, Tina Gregg, has notified this court that she will not provide this court with the missing exhibits without an order from this court "demanding that [she] send them up and copying [her] judge." The exhibits at issue are "Children Advocacy videos" that were admitted into evidence as exhibits during trial. We note that appellate counsel requested that all exhibits be included in the reporter's record.

Therefore, pursuant to Rule 34.6 of the Texas Rules of Appellate Procedure, all exhibits admitted into evidence by the trial court should have been included in the reporter's record previously filed by Gregg in this cause.

By this order, **Tina Gregg is ORDERED to file in this cause a supplemental reporter's record containing copies of the exhibits that were admitted at trial but were omitted from the reporter's record previously filed in this cause**. The supplemental reporter's record is due to be filed in this court on or before September 8, 2022.

PER CURIAM

August 25, 2022

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.